# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN TANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:24-cv-01534-BAM<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>**FOURTEEN-DAY DEADLINE** |

　　Plaintiff Lin Tang ("Plaintiff") seeks review of the Commissioner of Social Security's denial of her applications for disability benefits.  (Doc. 1.)  On December 13, 2024, the Court issued notice that Plaintiff is required to pay the $405.00 filing fee in full to proceed with this action, which Plaintiff subsequently paid in full on December 16, 2024.  (Doc. 2.)  On December 16, 2024, more than five months ago, the Court issued a scheduling order, which required Plaintiff to file her motion for summary judgment within 30 days after service of the administrative record.  (Doc. 4).  On February 14, 2025, the Commissioner of Social Security filed the administrative record in this action.  (Doc. 7.)

　　Pursuant to the Court's scheduling order, Plaintiff was required to file her motion for summary judgment by March 17, 2025.  To date, Plaintiff has not filed a motion for summary

1

judgment or taken any action to prosecute this case despite the administrative record previously having been filed.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for her failure to prosecute. Plaintiff may comply with this order by filing a written response (or a motion for summary judgment) within **fourteen (14) days from the date of this order**. **Failure to comply with this order will result in a recommendation for dismissal.**

IT IS SO ORDERED.

Dated: __**June 13, 2025**__              /s/ *Barbara A. McAuliffe*          
                                                        UNITED STATES MAGISTRATE JUDGE

2