KIMBERLY A. SANCHEZ
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN TANG,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 1:24-cv-01534-BAM<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from July 28 to August 27, 2025. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because undersigned counsel has four district court briefs due from July 24 to July 30, 2025, and needs additional time.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before August 27, 2025;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before September 10, 2025).

                                                  Respectfully submitted,

DATE: July 24, 2025                             /s/ Kevin D. Heitke     *
                                                  KEVIN D. HEITKE
                                                  Attorney for Plaintiff
                                                  (* approved via email on  7/23/25)

                                                  KIMBERLY A. SANCHEZ
                                                  Acting United States Attorney

DATE: July 24, 2025                   By    *s/ Marcelo Illarmo*
                                                  MARCELO ILLARMO
                                                  Special Assistant United States Attorney

                                                  Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, Defendant shall respond to Plaintiff's opening brief on or before August 27, 2025, and Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before September 10, 2025). All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **July 25, 2025**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

3