UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN TANG, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>FRANK BISIGNANO, <br>Commissioner of Social Security[1], <br><br>　　　　　Defendant. | Case No.: 1:24-cv-01534 JLT BAM <br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT <br><br>(Doc. 15) |

　　　Lin Tang and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Doc. 15 at 1-2.) Pursuant to the stipulation, the administrative law judge shall "will offer Plaintiff an opportunity for a hearing; further develop the record as necessary; and issue a new decision." (*Id.* at 1.) The parties also agree the Court should enter judgment in favor of Plaintiff and against the Commissioner. (*Id.*) Thus, the Court **ORDERS**:

　　　1.　　The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

///

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this action.

1

2.    The Clerk of Court is directed to enter judgment in favor of Lin Tang and against Frank Bisignano, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **August 28, 2025**

UNITED STATES DISTRICT JUDGE