UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN TANG, | ) Case No. 1:24-cv-01534 JLT BAM |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER AWARDING |
| | ) PAYMENT OF ATTORNEY FEES AND |
| v. | ) COSTS PURSUANT TO THE EQUAL |
| | ) ACCESS TO JUSTICE ACT, 28 U.S.C. § |
| FRANK BISIGNANO, Commissioner of Social Security, | ) 2412(d), AND COSTS PURSUANT TO |
| | ) 28 U.S.C. § 1920 |
| | ) |
| Defendant. | ) |
| | ) |

Based on the parties' stipulation for the payment of fees and costs pursuant to the Equal Access to Justice Act:

IT IS ORDERED that fees in the amount of $5,700.00 (Five Thousand Seven Hundred and 00/100 dollars) as authorized by 28 U.S.C. §2412, and costs in the amount of $405.00 (Four Hundred Five dollars) as authorized by 28 U.S.C. §1920, be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **December 1, 2025**                                    _Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

-1-